(July 8, 1970)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JULIUS LEBOVITZ, HENRY LEVINE, NATHAN M. WERTER and J. MORTON FINKE, Appellants.—

Christ, P. J., Hopkins, Munder and Martuscello, JJ., concur.

In the Matter of ANTHONY CHUISANO, Petitioner, v. COUNTY COURT OF THE COUNTY OF SUFFOLK, CRIMINAL PART, et al., Respondents.—

Rabin, Acting P. J., Munder, Kleinfeld, Brennan and Benjamin, JJ., concur.

(July 13, 1970)

BUA BUILDING COMPANY, INC., Respondent, v. WILHELM RUSCH et al., Appellants.—

No opinion. Christ, P. J., Rabin, Munder, Brennan and Benjamin, JJ., concur.